FILED

2026 Jul-02  PM 11:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| **BOBBY J. THOMAS, II,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:25-cv-1385-ACA-GMB** |
| | ) | |
| **PEGGY LACHER, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

## FINAL ORDER

Consistent with the accompanying memorandum opinion entered on this date, the court **DISMISSES** the petitions for writ of habeas corpus for lack of jurisdiction. (Docs. 1, 3). The court **DENIES** the pending motions in this case as **MOOT**. (Docs. 7, 8, 9, 11).

Costs are taxed as paid.

**DONE** and **ORDERED** this July 2, 2026.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE